```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**DEAN BOWER and**
**GINGER BOWER,**

      **Plaintiffs,**

**v.**                                       **Civil Action No.: 1:18-cv-63**
                                                   **(Judge Kleeh)**

**SCHINDLER ELEVATOR**
**CORPORATION,**

      **Defendant.**

### ORDER APPROVING STIPULATION OF DIMISSAL WITH PREJUDICE [DKT. NO. 81]

Pursuant to the parties' *Stipulation of Dismissal with Prejudice* [Dkt. No. 81], the Court **APPROVES** the stipulation and **DISMISSES** this matter with prejudice.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and strike this matter from the Court's docket.

DATED: June 26, 2019.

                                                                    /s/ Thomas S. Kleeh
                                                                    THOMAS S. KLEEH
                                                                    UNITED STATES DISTRICT JUDGE